

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00038-CV

TFHSP LLC, SERIES 4531, APPELLANT

V.

WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE REGISTERED
HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF46,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-FF46, APPELLEE

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. 17-4726-367, Honorable Lee Ann Breading, Presiding

March 16, 2020

## ORDER ON MOTION TO REINSTATE

Before QUINN, C.J., and PARKER and DOSS, JJ.

This appeal was dismissed for want of prosecution on February 21, 2020, after appellant, TFHSP LLC, Series 4531, failed to make payment arrangements for the clerk's record. Now pending before this court is appellant's unopposed motion to reinstate the appeal, wherein movant explained that effort was made to make the requisite arrangements for the record.. We grant the motion, withdraw our opinion and judgment of February 21, 2020, and reinstate the appeal.

Appellant is directed to both designate and pay for the clerk's record by March 23, 2020. TEX. R. APP. P. 35.3(a)(2). Failure to do so by this deadline will result in the immediate dismissal of this appeal for want of prosecution and failure to abide by an order of the court. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

It is so ordered.

Per Curiam